**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   5/9/2024
```

SANJAY SOOKUL,

                                                    Plaintiff,                    **24-CV-00311 (JPO)(SN)**

                    -against-                                                     **ORDER**

RUMPL, INC.,

                                                    Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On Friday, May 3, 2024, the Honorable J. Paul Oetken assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the email, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:        May 9, 2024
              New York, New York